IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00249-RBJ

THE ESTATE OF KYLE CHRISTOPHER YOEMANS,
By and through its putative personal representative Aimee Ishmael,
AIMEE ISHMAEL, individually,

      Plaintiffs,

v.

WELLPATH, LLC, F/K/A CORRECT CARE SOLUTIONS, LLC,
JANICE MARSHALL, in her individual capacity,
CHRISTOPHER CAMPBELL, in his individual capacity,
GARY BROWN, in his individual capacity,
DANIEL GILBERT, in his individual capacity,
ROSS YNIGUEZ, in his individual capacity,
JOSEPH FISCHER, in his individual capacity,
MICHAEL MCINTOSH, in his individual capacity,
RICHARD REIGENBORN, in his official capacity as Sheriff of Adams County,
BOARD OF COUNTY COMMISSIONERS OF COUNTY OF ADAMS, COLORADO,

      Defendants.

---

### DEFENDANTS WELLPATH, LLC AND JANICE MARSHALL'S MOTION TO TAKE DEPOSITION OF CHE BACHICHA

---

Defendants Wellpath, LLC, f/k/a Correct Care Solutions, LLC ("Wellpath") and Janice Marshall ("Nurse Marshall") (collective, "Wellpath Defendants"), by and through counsel, Christina S. Gunn, Esq., and Tanya A. Sevy, Esq., of Hall & Evans, L.L.C., submit this Motion to Take Deposition of Che Bachicha, as follows:

<u>Certificate of Conferral:</u> Pursuant to D.C.COLO.LCivR 7.1(a), counsel for the Wellpath Defendants conferred with counsel for all other parties. Counsel for Plaintiff and the Adams County Defendants do not oppose this Motion. The undersigned has also conferred with Phelicia Kossie-

Butler, Mr. Bachicha's counsel in the related criminal case, and Keyonyu O'Connell, Mr. Bachicha's appellate counsel. Both have advised Mr. Bachicha opposes this Motion, as his criminal appeal remains ongoing. Although Mr. Bachicha is not a party to this case, Ms. Kossie-Butler and Ms. O'Connell are copied on this Motion to ensure they have the opportunity to respond.

1. This action arises out of the death of Kyle Christopher Yoemans while he was incarcerated at the Adams County Detention Facility. Mr. Yoemans' cellmate, Che Bachicha, was convicted of his murder.

2. The Wellpath Defendants understand Mr. Bachicha is currently incarcerated at the Colorado State Penitentiary. According to his profile on the Colorado Department of Corrections website, he is not eligible for parole until January 2072.

3. Mr. Bachicha is not a party to this case. However, he is clearly a crucial witness. He is the direct cause of Mr. Yoemans' death, and his communications with the parties, including Mr. Yoemans as well as Wellpath and Adams County staff members, among others, are relevant to the claims in this lawsuit.

4. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), "A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2)…if the deponent is confined in prison."

5. The Scheduling Order entered by this Court also contemplates such a request. *See* Scheduling Order [Doc. #46] at p. 10.

6. This request is consistent with the proportionality factors set forth in Fed. R. Civ. P. 26. The parties are limited to 15 depositions per side. Plaintiff has taken three depositions to date, and Defendants have not taken any. Mr. Bachicha is clearly an important witness to both sides. The

Wellpath Defendants have been mindful of the proportionality factors in their discovery, and now request a single deposition of an inmate – indeed, the inmate directly responsible for Mr. Yoemans' death. The Wellpath Defendants have not requested deposition of any other inmate identified as a witness by Plaintiff. The request is therefore proportional to the needs of this case.

WHEREFORE, Defendants Wellpath, LLC and Janice Marshall respectfully request the Court grant this Motion, permit leave to take the deposition of Che Bachicha pursuant to Fed. R. Civ. P. 30(a)(2)(B), and for such other and further relief as it deems appropriate.

Dated this 3rd day of December, 2019.

Respectfully submitted,

s/ *Tanya A. Sevy*
Christina S. Gunn, Esq.
Tanya A. Sevy, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:    (303) 628-3368
Email: gunnc@hallevans.com
           sevyt@hallevans.com

**ATTORNEYS FOR DEFENDANTS WELLPATH, LLC, F/K/A CORRECT CARE SOLUTIONS, LLC ("WELLPATH") AND JANICE MARSHALL ("NURSE MARSHALL")**

**CERTIFICATE OF SERVICE (CM/ECF)**

       I HEREBY CERTIFY that on this 3rd day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, and further e-mailed a copy to the attorneys of record for non-party Che Bachicha:

David George Maxted
Jeffrey Pagliuca
Haddon Morgan & Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
720-717-0877
Email: dmaxted@hmflaw.com
*Attorney for Plaintiffs*

Kerri Ann Booth
Heidi M. Miller
Adams County Attorney's Office-Brighton
4430 South Adams County Parkway
Suite C5000B
Brighton, CO 80601-8206
720-523-6881
Fax: 720-523-6114
Email: kbooth@adcogov.org
hmiller@adcogov.org
*Attorney for Defendants Christopher Campbell, Gary Brown, Daniel Gilbert, Ross Yniguez, Joseph Fisher, Michael McIntosh, Richard Reigenborn, Board of County Commissioners of County of Adams, Colorado*

Phelicia Kossie-Butler
pkbutler@bayerlaw.com

Keyonyu O'Connell
Keyonyu.oconnell@comcast.net
*Attorneys for Non-Party Che Bachicha*

                                                s/ *Nicole Marion, Legal Assistant*
                                                Hall & Evans, L.L.C.